# 12 CV 03804

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jordan Delacruz, 349-11-18074
G.M.D.C. (C-73) 15-15 Hazen St.
East ELMhurst, New York. 11370

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Detective Dubroff #. 746, Shield NO#.
~~in his or her official and individual~~
~~capacity.~~

Detective Kuhn, #. 7662, Shield NO#.
~~inhis or her official and individual~~
~~capacity.~~ And Detective Patel, in
~~his or her official and individual capac~~ity

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED
MAY 10 2012
PRO SE OFFICE

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  __Jordan Delacruz, 349-11-18074__
             ID # _____
             Current Institution  __G.M.D.C. (C-73) 15-15 Hazen St.__
             Address              __East ELmhurst, New York. 11370__

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name __Detective Dubroff,_____ Shield # __746__
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 2    Name __Detective Kuhn,_____ Shield # __7662__
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 3    Name __Detective Patel,_____ Shield # _____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 4    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 5    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____
                   _____

II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? __See Brief Statement of Facts Attached, is as follows:__

B.    Where in the institution did the events giving rise to your claim(s) occur? _____
_____
_____

C.    What date and approximate time did the events giving rise to your claim(s) occur? __November 8, 2011,__
_____

Rev. 05/2007                                    2

D.   Facts: <u>See Attached Brief Statement of Facts. Attached to this Complaint</u>

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. <u>The Plaintiff Jordan Delacruz, Ear bleeding, blackening atound the right eye, right wrist swollen, left small bump in the front head, with multple scrath marks in right eye and neck area, hyping plaintiff asthmatio medical condition for he is asthmatio.</u>

IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____   No **X**

Rev. 05/2007                                    3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ____   Do Not Know ____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ____   Do Not Know ____

If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.  Which claim(s) in this complaint did you grieve? _____
_____

2.  What was the result, if any? _____
_____

3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
_____
_____
_____

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here: **This claim and Civil Sue did not arised, in side the Department of Correction Services.**
_____
_____

2.  If you did not file a grievance but informed any officials of your claim, state who you

Rev. 05/2007                                    4

informed, when and how, and their response, if any: _____
_____
_____
_____
_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____
_____
_____
_____
_____
_____
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Plaintiff Jordan Delacruz, will sue the Defendant's, Three Detective's and Employees of the City of New York Police Department. One Police Plaza, New York. N.Y In there: His or Her Official and Individule Capacity for Beach of there Official Duty and Acts under "color of Law", diliberate indifferance, malice and Excessive Force, of Cruel and Unsual Punishment for the Plaintiff'a atteoks, assaults, injuries and the illegal Arrest and detention, warrantless arrest without probable cause, and Plaintiff'a will sue the three Detective's and New York City Employees, in the amount of five Million Dollars, Compensatory Damage, and also Punitive Damage in the amount of $ 800,000.00 Thousand Dollars for the mental anguish and suffering and pain, to compensate the plaintiff's Jordan Delacruz, for his serious injuries.

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No **X**

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   _____ 3. Docket or Index number _____

   _____ 4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes _____ No _____

   If NO, give the approximate date of disposition _____

   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes _____ No **X**

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   _____ 3. Docket or Index number _____

   _____ 4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes _____ No **X**

   If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
    _____
    _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __2__ day of __May__, 20__12__, Jordan Delacruz, 349-11-18074

Signature of Plaintiff  _____

Inmate Number  349-11-18074

Institution Address  **G.M.D.C. 15-15 Hazen Street**
**East ELmhurst, New York. 11370**

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __2__ day of **May**, 20**12** I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.  **Jordan Delacruz, 349-11-18074**

Signature of Plaintiff: *Jordan Delacruz*

**Jordan Delacruz, 349-11-18074**
**G.M.D.C. (c-73) 15-15 Hazen Street**
**East ELmhurst, New York. 11370**

Dated: **May 2**, 2012

Clerk's of the Court
United States District Court
Southern District of New York
Courthouse: 500 Pearl Street
New York, New York. 10007

Jordan Delacruz, 349-11-18074
G.M.D.C. (C-73) 15-15 Hazen Street
East ELmhurst, New York. 11370

Complaint Civil Right Act,
42 U.S.C. & 1983, Jury Trial.
_____( )_____

## BRIEF STATEMENT OF FACTS

1. On or about <u>November 8, 2011</u>, Located at <u>1152 Colgate Ave.</u> Apt#. <u>2-A</u>. At approximately <u>2:00</u> P.M. Plaintiff Jordan Delacruz, was arrested and detained, and also attack, assaulted and injured by three Police Official, Detective's, from One Police Plaza, of the City of New York Police Department, New York, New York. 10003, members and employee's of the City of New York..

2. Plaintiff's was repeatedly punches, with blows to the head, face and body area, causing the plaintiff Jordan Delacruz, ear to bleed and his right eye, to blackening around the right eye, right wrist area and also triggering his serious medical condition, for the plaintiff's is Asthmatic. He is on albuterole Advair medication.

3. Plaintiff's face, head, right wrist area, ears was bleeding and blackening around the right eye area, left small bump in the left front head area, with multple scrath marks in right eye and neck area, and his right wrist is swollen, with intents extreme pain and suffering, plaintiff was only given Ibuprofen pain Tablet. 400 MG. Twice a day, for three days for his serious medical condition and illness.

The Defendant's, Employee's, Detective's from One Police Plaza, City of New York Police Department. New York, New York. 10003, attack, assaulted and injuried the plaintiff's Jordan Delacruz, and had acted under "color of law" U.S.C. Section 1983.

5. In this complaint against the above defendant's, Detective's and Employees of the City of New York Police Deparment. In your thorough investigation and consideration, you will clearly see the Defendant's indifferance indifferance toward and against the plaintiff Jordan Delacruz, degrading and was very discriminatory - and malice, when defendant's, Detective's and Official's of the City of New York Police Dept. Detective's, attack, Assaulted and injuried the plaintiff's, was an act of Crule and Unsual Punishment of Excessive Force, in violation of the fourth, Eighth and the Fourteeht Amendment of the United States Constitution.

6. Plaintiff's sustained serious mental scares and injuries and also scared for life, knowing that the 14th Amendment of the Equal Protection of the law against Discrimination, and Cruel and Unsual Punishment of Excessive Force by the City employee's of the New York City Detective's, the defendant'd acted under "color of law" Civil Sue 42 U.S.C. Section 1983, the diliberte indifferance against the plaintiff Jordan Deacruz.

7. Plaintiff's was illegally arrested and detained without a warrant or probable cause and of a valid warrant-warrantless of official-police proceedings. The plaintiff Jordan Delacruz, was arrested, no apparant reason other then to harass, abuse, attack, assault and injury the plaintiff's.

8. Plaintiff's was not doing anything illegal that would warrant his illegal detention by three Detective's enter plaintiff Jordan Delacruz, girl-friend apartment without a vilid warrant or consent, in violation of the Fourth Amendment Illegal Search and seizure without consent from the plaintiff's

Page Three

9. Plaintiff's was getting out the shower at the time, trying to put on his Boxer's Short, when there was a knock on his grilfriend door, that the Police, Detective's was knocking on the door so hard, looking for an alleged suspect of a Robbery.

10. Plaintiff Jordan Delacruz, told his friend to see what they wanted, when the door open, Police and Detective's rush into the apartment, asking who else was in this apartment, at which time they got to where, I was located in the apartment, said don't move with there weapon draw and Pointed at us and exspecially at me, I was grabbed and push to the living room and forced to the floor and hand cuffed from behind, and repeartedly punch to the face, head and body, I begin to yell out loud and requested to know why, why were they doing this to me? They continued to repeartedly hitting and punch to the, head and body.

11. Still to this present date and time, the plaintiff's dose not know why he was arrested. Because He did not commit a crime, the warrant, his illegal arrest and detention, fore he is innocent of the alleged crime of Robbery charge.

12. The Detective's and the New York City Police told the plaintiff Jordan Delacruz, after the attack, assault and injuries, to clean up his face, and once plaintiff's got up on his feet, the Defendant's, Detective's tighten the cuff's on plaintiff Jordan Delacruz, wrist, causing extreme intents serious pain and suffering. Plaintiff's was then taken to the hallway area of the apartment, where the Detective's took pictures of the plaintiff's and his friend _____ _____, The plaintiff Jordan Requested for medical treatment for his serious injury to body, face and head. Was taken      Jacoby

Page Four

Hospital Emergency Room, where the plaintiff's was diagnogtic with a head truma and his serious eye injury, causing his eye's to be blackening around the right eye, and also the plaintiff Jordan Delacruz, is bleeding in both his eye's and right and left ear, with multiple type abrasion and scratch marks in both eye's and his neck area, and the plaintiff's is also still suffering with multiple type nerve damage condition to his left eye, which are still unstable to this presence date.

13. the plaintiff's is still also suffering with multiple emotional type trumatized dis-struss order, and plaintiff Jordan Delarcuz, was only given a pain pills "ibuprofen tablet 400 MG" twice a day, for three days, to alleviate his serious injuries, for his serious medical needes, caused by the attack, beatten, assault to the face, head and body by the hands of three Detective's, agents, officials and employees of the City of New York Police Department. One Police Plaza, New York, N.Y. 10003, treaten, abused, attack, assaulted and injured the plaintiff's with repeated punch's to the plaintiff's face, head and body and still to this day, the plaintiff Jordan Delacruz, is still suffering with several multiple type emotional truma, emotional dis-order of suffering and pain.

Page Five

plaintiff's Jordan Delacruz, will sue the defendant's, employees of the City of New York detective's in his or her official and indivision capacity, under acts of "color or law" Excessive Force, cruel and unsual punishment and diliberate indifferance and malice for the attack, assault and injury and the illegal arrest and detained, warrantless arrest and the plaintiff Jordan Delacruz, will sue the defendant, employees and the Detective's in the amount of Five million Dollars Compensatory Damage to Compensate Plaintiff's for his serious injuries, pain and suffering and also for punitive Damages in the amount of $800,000.00 thousand Dollars for the mental anguish plaintiff's suffered for several weeks without proper medical treatment or care for his serious injuries and medical condition and ill, and as for plaintiff's further relief, as this Court deem just and proper.

Dated: May 2 , 2012
G.M.D.C. 15-15 Hazen St.
East ELmhurst, N.Y. 11370

CC:

I declear under penalty of perjury that the foregoing is true and correct:

See Attached Medical Reports
attached to this Civilsue
42 U.S.C. Section 1983.
Plaintiff's Request for a
jury trial.

Respectfully Submitted,

*Jordan Delacruz*
Jordan Delacruz, 349-11-18074
G.M.D.C. (C-73) 15-15 Hazen St.
East ELmhurst, New York. 11370